**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                          **CASE NO.  4:00cr64-RH**

**DWAYNE SOLOMON,**                              **DOCKET NO. 4:05mj141-WCS**

        **Defendant.**
_____/

**O R D E R**

The Defendant appeared before the undersigned on a first appearance today

to answer to the charges of violating her supervised release.

Accordingly, it is **ORDERED** that the Defendant shall appear before Judge

Hinkle on **November 29, 2005, beginning at 9:00 A.M.**, for a revocation hearing.

Until that appearance, Defendant will remain subject to the conditions of supervised

release.

        **DONE AND ORDERED** on November 3, 2005.


                                          S/ William C. Sherrill, Jr.
                                        **WILLIAM C. SHERRILL, JR.
                                        UNITED STATES MAGISTRATE JUDGE**