**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

v.                                                              CASE NO.  4:00cr64-RH

DWAYNE SOLOMON,

        Defendant.

_____/

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For the reasons set forth on the record of the January 13, 2006, hearing in

this matter, defendant Dwayne Solomon is found guilty of the charge of violating

his conditions of supervised release, as alleged in the petition filed October 21,

2005 (document 64), by failing to submit a truthful and complete written monthly

report within the first five (5) days of each month (violation 4), and by failing to

follow the instructions of the probation officer (violation 5).  Defendant is found

not guilty of violations 1, 2, and 3.  The terms of supervised release are modified to

include the following additional condition:

> The defendant shall serve a period of **two (2) months** home detention,
> with electronic monitoring, to begin at a time designated by the
> probation officer.  While on home detention, the defendant shall be in

the defendant's place of residence except for absences approved by the probation officer for gainful employment, community service, religious services, medical care, education or training, or other such purposes as may be authorized by the probation officer.

In light of defendant's restitution obligation, defendant is not ordered to bear the

cost of electronic monitoring.

All other conditions of supervised release remain the same.

SO ORDERED this 13th day of January, 2006.

s/Robert L. Hinkle
Chief United States District Judge